**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                     :   No. 428

                               :

APPOINTMENT TO THE MINOR     :   MAGISTERIAL RULES DOCKET
JUDICIARY EDUCATION BOARD    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 26th day of September, 2018, Carolyn S. Bengel, Esquire, Allegheny County, is hereby appointed as a member of the Minor Judiciary Education Board for a term ending July 1, 2021.